NOT FINAL UNTIL TIME EXPIRES TO FILE REHEARING
MOTION AND, IF FILED, DETERMINED

IN THE DISTRICT COURT OF APPEAL

OF FLORIDA

SECOND DISTRICT


HARRY C. WALTERS, DOC # S37472,  )
                                  )
                Appellant,        )
                                  )
v.                                )          Case No. 2D18-163
                                  )
STATE OF FLORIDA,                 )
                                  )
                Appellee.         )
_____   )

Opinion filed August 29, 2018.

Appeal pursuant to Fla. R. App. P.
9.141(b)(2) from the Circuit Court for
Sarasota County; Charles E. Roberts,
Judge.

Harry C. Walters, pro se.


PER CURIAM.


                Affirmed.


LaROSE, C.J., and KHOUZAM and BLACK, JJ., Concur.